# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA AND TOKIO MARINE AMERICA INSURANCE COMPANY, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 2:23-cv-01398 |
| v. | )<br>) Magistrate Judge Chelsey M. Vascura |
| VERTIV CORPORATION, | )<br>) |
| Defendant. | )<br>) |

## STIPULATON OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action with prejudice, each party to bear its own fees and costs as incurred.

This 8th day of October, 2024.

| | |
|---|---|
| */s/ David M. Bessho* | */s/ Marc J. Kessler* |
| David M. Bessho, Trial Counsel (Admitted PHV) | Marc J. Kessler, Trial Counsel (0059263) |
| **Cozen O'Connor** | Amy D. Vogel (0075169) |
| The Promenade, Suite 400 | **Taft Stettinius & Hollister LLP** |
| 1230 Peachtree Street, N.E. | 41 S. High St., Ste. 1800 |
| Atlanta, Georgia 30309 | Columbus, Ohio 43215 |
| Telephone: (404) 572-2000 | Telephone: (614) 220-0237 |
| Facsimile: (404) 572-2199 | Facsimile: (614) 221-2007 |
| E-mail: dbessho@cozen.com | E-mail: mkessler@taftlaw.com |
| *Counsel for Plaintiffs* | E-mail: avogel@taftlaw.com |
| | *Counsel for Defendant* |

LEGAL\73304940\1

Mark E. Utke (0088559)
**Cozen O'Connor**
1650 Market St., Ste. 2800
Philadelphia PA 19103
Telephone: (215) 665-2164
Facsimile: (215) 665-2013
Email: mutke@cozen.com
*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA AND TOKIO MARINE AMERICA INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>VERTIV CORPORATION,<br><br>Defendant. | Civil Action No. 2:23-cv-01398<br><br>Magistrate Judge Chelsey M. Vascura |

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2024, I electronically filed the foregoing ***Stipulation of Dismissal with Prejudice*** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record:

Marc J. Kessler
Amy D. Vogel
Taft Stettinius & Hollister LLP
41 S. High Street, Suite 1800
Columbus, Ohio 43215
*Counsel for Defendant*

/s/ David M. Bessho
David M. Bessho